PAT HOSNA *et al.*, d/b/a HOSNA & VALENCICH BUILDERS, Plaintiffs-Appellees, *v.* CHARLES A. WHITE *et al.*, Defendants-Appellants.

(No. 71-35; )

Second District—January 24, 1972.

*Rehearing denied February 24, 1972.*

560

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Thomas L. Ruth, of Barrington, and Dale, Haffner, Grow & Overgaard, of Chicago, for appellants.

Narusis & Narusis, of Cary, for appellee.